Wednesday, December 19, 2012 - Binghamton, NY
Hon. Thomas J. McAvoy, Presiding
Clerk:         C. Ligas
Steno:        V. Theleman

UNITED STATES OF AMERICA

      VS.                                                    CRIMINAL NO.   3: 12-CR-420-001

SCOTT LONZINSKI

APPEARANCES:      AUSA Thomas Walsh for Govt;   Joseph D'Andrea, Esq. for Deft; USPO
                              Courtney Tafel present

9:30 AM        In court; sentencing commences.  Defendant present in open court w/ counsel.
                     Defendant sentenced on single count Information and committed to BOP facility
                     for a term of imprisonment of 60 months w/ facility placement at USP Canaan or
                     northeastern PA area recommendation made.  Forfeiture ordered as directed.
                     Restitution in amount of $14,108,623.19 ordered due & payable as directed;
                     interest requirement waived.  Supervised Release of 5 years.  Special Conditions:
                     1) refrain from incurring and/or opening new credit charges, line of credit, etc.   2)
                     participate in financial & credit counseling   and   3) apply all monies toward
                     outstanding court-ordered financial obligation.  Special Assessment of $100.00
                     due immediately.  No fine and/or add'l costs imposed.  Parties advised appeal
                     rights.  Defendant to surrender at designated BOP facility by 12:00 noon on
                     1/24/2013.

9:56 AM        Court stands adjourned.